AO 245D (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
Sheet 1

# UNITED STATES DISTRICT COURT

_____WESTERN_____ District of _____WASHINGTON_____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| RICHARD LEWIS WALKS-ON-TOP | Case Number: CR97-5450RJB-001 |
|  | USM Number: 59936-065 |
|  | ZENON P. OLBERTZ |
|  | Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s) __1 and 2__ of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failing to report for an evaluative interview for an inpatient program at Pioneer Adult Center, in violation of a special condition of supervised release | August 21, 2006 |
| 2 | Failing to report to report to U.S. Probation Officer within 72 hours of release from custody, in violation of a standard condition of supervised release | August 21, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: **XXX-XX-7050**
(Last four digits only)
Defendant's Date of Birth: **XX-XX-1964**

LAWRENCE LINCOLN
Assistant United States Attorney

22 Sept '06
Date of Imposition of Judgment

Signature of Judge

ROBERT J. BRYAN, U. S. District Judge
Name and Title of Judge

97-CR-05450-JGM

Case 3:97-cr-05450-RJB   Document 75   Filed 09/22/06   Page 2 of 2

AO 245D   (Rev. 6/2005) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005)
          Sheet 2 — Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:      RICHARD LEWIS WALKS-ON-TOP
CASE NUMBER:    CR97-5450RJB-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: _Ninety (90) days with no Supervised Release term to follow._

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL